1  DANIEL E. LASSEN, California Bar No. 271446
   DanLassen@perkinscoie.com
2  **PERKINS COIE LLP**
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  *Attorneys for Defendant*
   *Facebook, Inc.*

6

7

IT IS SO ORDERED

Judge Edward J. Davila

DATED: 10/7/2015

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  FRANCO CARACCIOLI,

13                    Plaintiff,                    Case No. 15-cv-04145-EJD

14        v.                                        **STIPULATION TO EXTEND TIME TO
                                                    ANSWER OR OTHERWISE RESPOND TO
15  FACEBOOK, INC.,                                 THE COMPLAINT**

16                    Defendant.

17

18        WHEREAS, on September 22, 2015 the Court ordered Plaintiff to show cause why this

19  action should not be dismissed for lack of subject matter jurisdiction, Plaintiff filed his response

20  to the Order to Show Cause on October 2, 2015, and the Court's Order to Show Cause is still

21  pending;

22        NOW THEREFORE, pursuant to L.R. 6-1, Defendant Facebook, Inc., through its

23  attorneys, and Plaintiff Franco Caraccioli, stipulate as follows:

24        1.  The parties agree that Facebook's deadline to answer or otherwise respond to

25  Plaintiff's First Amended Complaint is extended to 10 days after the Court rules on the Order to

26  Show Cause; and

27

28

                                -1-

STIPULATION TO EXTEND TIME
CASE NO.: 15-cv-04145-EJD

2.  The parties have not previously requested extensions of any deadlines, there is no current case schedule, and this extension will not alter any currently existing deadlines.

**IT IS SO STIPULATED.**

Dated: October 6, 2015.                     PERKINS COIE LLP


                                            By:  /s/ Daniel E. Lassen
                                                 DANIEL E. LASSEN

                                            Attorneys for Defendant
                                            Facebook,  Inc.

Dated: October 6, 2015


                                            By:  /s/ Franco Caraccioli
                                                 PLAINTIFF FRANCO CARACCIOLI
                                                 1281 9th Avenue #2905
                                                 San Diego, CA 92101
                                                 Telephone (832) 782-3298

                                            PRO SE


                          **ATTESTATION**

I hereby attest that concurrence in the filing of the foregoing document has been obtained from Plaintiff.

                                            /s/ Daniel E. Lassen
                                            DANIEL E. LASSEN

-2-

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2015, I electronically filed the foregoing *STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT* with the Clerk of the Court using the CM/ECF system.  I also caused service to be made by mail, postage prepaid, to the following addressee pursuant to Civil L.R. 5-1(h)(2):

FRANCO CARACCIOLI
1281 9th Avenue #2905
San Diego, CA 92101

Plaintiff Pro Se


I certify under penalty of perjury that the foregoing is true and correct.

DATED October 6, 2015.

_____
Nikki DyFoon

STIPULATION TO EXTEND TIME
CASE NO.: 15-cv-04145-EJD