UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCO CARACCIOLI,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | Case No.  5:15-cv-04145-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Because Plaintiff has demonstrated the possible existence of federal subject matter jurisdiction on the basis of diversity of citizenship, the Order to Show Cause issued on September 22, 2015, is DISCHARGED.

**IT IS SO ORDERED.**

Dated: October 14, 2015

                                                    _____
                                                  EDWARD J. DAVILA
                                                  United States District Judge

Case No.: 5:15-cv-04145-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE